665 A.2d 1105

IN THE MATTER OF THE APPLICATION OF THE NEW JERSEY BUREAU OF SECURITIES FOR AN OPEN COMMISSION UNDER RULE 4:11–5(b) TO EXAMINE UNDER OATH ROBERT G. BERKSON, A RESIDENT OF THE STATE OF NEW YORK.

IN THE MATTER OF THE APPLICATION OF NEW JERSEY BUREAU OF SECURITIES FOR AN OPEN COMMISSION UNDER RULE 4:11–5(b) TO EXAMINE UNDER OATH PETER F. HIBBARD, A RESIDENT OF THE STATE OF MARYLAND.

August 9, 1995.

Certification is granted and summarily remanded to the Chancery Division for further proceedings in accordance with the opinion of the Court in *Silverman v. Berkson,* 141 *N.J.* 412, 661 *A.*2d 1266 (1995).

665 A.2d 1106

RICHARD R. GRANZIEL, JR. v. CITY OF PLAINFIELD, ETC.

August 9, 1995.

Certification is granted, and the matter is summarily remanded to the Superior Court, Law Division for reconsideration in light of *Rendine v. Pantzer,* 141 *N.J.* 292, 661 *A.*2d 1202 (1995).